IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) ) NO. 11 C 2855 |
| vs. | ) ) JUDGE REBECCA R. PALLMEYER |
| ERIKA BYRSKI, | ) ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ERIKA BYRSKI, in the total amount of $15,909.15.

On May 3, 2011, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to her daughter, Arena) at her residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 24, 2011.

On June 6, 2011, this Court granted Defendant's motion for additional time to answer or otherwise plead to Plaintiffs' complaint, to and including June 21, 2011.

As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\705w\Subro\Byrski\motion.cmc.df.wpd

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 29th day of June 2011, she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Steven O. Hamill
                Law Offices of Steven O. Hamill
                3843 W. 95th Street
                Evergreen Park, IL 60805
                stevenolaw@sbcglobal.net

                                          /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\705w\Subro\Byrski\motion.cmc.df.wpd